IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FEDERAL NATIONAL MORTGAGE,** § | | |
| **ASSOCIATION A/K/A FANNIE MAE**, § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. **3:13-CV-3223-L** | |
| § | | |
| **JAMES HAROLD BULLINGTON AND** § | | |
| **ALL OCCUPANTS**, § | | |
| § | | |
| Defendants. § | | |

### ORDER

This forcible detainer action was referred to Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 11, 2013, recommending that Plaintiff's Motion to Remand (Doc. 7), filed August 23, 2013, be granted.  This case was removed from County Court at Law No. 1, Tarrant County, Texas. As a result, it should have been filed in the Forth Worth Division of the Northern District of Texas. *See* 28 U.S.C. § 1441(a) (providing for removal of a civil action "to the district court of the United States for the district and division embracing the place where such action is pending.").  Thus, although the magistrate judge's recommendation regarding Plaintiff's Motion to Remand is legally correct, the court believes that the case should be transferred to the appropriate court for resolution. Accordingly, rather than accepting the magistrate judge's recommendation, the court **transfers** this action to the Forth Worth Division of the Northern District of Texas.

**It is so ordered** this 24th day of September, 2013.

*[signature: Sam A. Lindsay]*
Sam A. Lindsay
United States District Judge

Order – Solo Page